# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Gerald Adrian Wheeler ,

    Plaintiff(s),

vs.

USA,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:10-cv-289
3:06-cr-363-3

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 17, 2011 Order.

Signed: March 17, 2011

Frank G. Johns, Clerk
United States District Court